

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-25-00069-CR

The **STATE** of Texas,
Appellant

v.

Rodney Dean **WIGLEY**,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. CRW2304108
Honorable Jennifer Dillingham, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED AND REMANDED.

SIGNED November 19, 2025.

_H. Todd McCray_____
H. Todd McCray, Justice